### McCORMICK v. LUKINS.

No. 18970.   Opinion Filed Oct. 15, 1929.

Rehearing Denied Nov. 26, 1929.

140

Young & Powell and John A. Haste, for plaintiff in error.

H. H. Colbert and Ralph Rawlings, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 108 Pac. 957, this cause is reversed and remanded for failure of the defendant in error to file brief as required by rule 7 of this court.